# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division


**ZACHERY LESTER, et al.,**

      **Plaintiffs,**

                                  **JUDGMENT IN A CIVIL CASE**

**v.**

**WOW CAR COMPANY,**         **CASE NO.   2:11-cv-850**
**LTD., et al.,**                     **JUDGE EDMUND A. SARGUS, JR.**
                                   **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**


\_\_\_\_    **Jury Verdict.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**   A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the OPINION and ORDER filed June 6, 2014, JUDGMENT is hereby entered DISMISSING this action.**


Date:   June 6, 2014                    JOHN P. HEHMAN, CLERK


                                   */S/ Andy F. Quisumbing*_____
                                   (By) Andy F. Quisumbing
                                   Clerk